# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NORMAN CLANCY,<br><br>  Plaintiff,<br><br>v.<br><br>JERRY MANCUSO, et al.,<br><br>  Defendants. | Case No. 22-cv-02381-BLF<br><br>**JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Clancy v. Mancuso, et al.*, Case No. 20-cv-05176-EJD.

**IT IS SO ORDERED.**

Dated: June 15, 2022

_____
BETH LABSON FREEMAN
United States District Judge